**United States District Court**
For the Northern District of California

1
2
3
4
5
6                         IN THE UNITED STATES DISTRICT COURT
7
                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   CRAIG ALFRED LIGHT,
10                    Petitioner,                          No. C 09-00177 JSW
11          v.
12  MICHAEL MARTEL, Warden,                       **ORDER TO SHOW CAUSE**
13                    Respondent.
                                                 /
14
15          Petitioner, Craig Alfred Light, a state prisoner, has filed a petition for a writ of habeas
16  corpus pursuant to 28 U.S.C. § 2254.
17                                      **BACKGROUND**
18          Petitioner was convicted by a jury of one count of lewd and lascivious act on a child
19  under 14 and one count of annoying a child under 18, with a prior conviction for a forcible
20  sexual assault crime (Cal. Penal Code §§ 288(a), 647.6(c)(2)).  Petitioner was sentenced to 105
21  years to life in state prison, and currently is incarcerated at Mule Creek State Prison..
22                                     **LEGAL CLAIMS**
23          Petitioner seeks habeas relief alleging that expert testimony on "grooming," i.e., the
24  typical behavior of a sex offender in attempting to endear himself to the child through various
25  complaisant inducements, is immaterial and irrelevant, and it unconstitutionally lightened the
26  prosecutor's burden of proof beyond a reasonable doubt in violation of the Fourteenth
27  Amendment and that he was denied his Sixth Amendment right to effective assistance of
28  counsel due to counsel's failure to present exculpatory witnesses without any reasonably

competent tactical reasons.  Liberally construed, the claims appear potentially colorable under

28 U.S.C. § 2254 and merit an answer from Respondent.

### CONCLUSION

For the foregoing reasons and for good cause shown:

1.     Petitioner shall serve by certified mail a copy of this Order and the petition and all attachments thereto upon Respondent.

2.     Respondent shall file with the Court and serve on Petitioner, within 60 days of the date of this Order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the administrative record that are relevant to a determination of the issues presented by the petition.

3.     If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within 30 days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated:   March 9, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2