IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CRAIG ALFRED LIGHT,**<br><br>Petitioner,<br><br>v.<br><br>**MICHAEL MARTEL, WARDEN,**<br><br>Respondent. | Case No. C 09-00177 JSW<br><br>[PROPOSED] **ORDER EXTENDING TIME FOR FILING RESPONDENT'S ANSWER** |

IT IS HEREBY ORDERED that the time within which Respondent is to file an Answer to the Order To Show Cause is extended, and Respondent's Answer shall be filed forthwith.

Dated: August 11, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Extending Time For Filing Respondent's Answer – *Light v. Martel* (C 09-00177 JSW)